# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **LARRY SANDERLIN, on behalf of himself and all others similarly situated**<br>*Plaintiff*, | § § § § | |
| **v.** | § § | PE:19-CV-13-DC-DF |
| **ALPHA SERVICES, LLC,**<br>*Defendant*. | § § § | |

## FINAL ORDER OF TRANSFER

On this day, the Court entered an order granting Defendant's motion to transfer this cause to the United States District Court for the Southern District of Texas, Houston Division.

Accordingly, this case, filed pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201, *et seq.*, shall be **TRANSFERRED** to the United States District Court for the Southern District of Texas, Houston Division.

It is so **ORDERED**.

SIGNED this 9th day of May, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE