# U.S. District Court [LIVE]
# Western District of Texas (Pecos)
# CIVIL DOCKET FOR CASE #: 4:19–cv–00013–DC

Sanderlin v. Alpha Services, LLC  
Assigned to: Judge David Counts  
Cause: 29:201 Denial of Overtime Compensation  

Date Filed: 03/25/2019  
Jury Demand: Defendant  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

**Plaintiff**

**Larry Sanderlin**  
*on Behalf of Himself and on Behalf of All Other Similarly Situated*

represented by **Don Foty**  
Kennedy Hodges LLP  
4409 Montrose Blvd., Suite 200  
Houston, TX 77006  
(713) 523–0001  
Fax: (713) 523–1116  
Email: dfoty@kennedyhodges.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alpha Services, LLC**

represented by **Amber Lea Karns**  
Munsch Hardt Kopf & Harr, PC  
700 Milam Street  
Suite 2700  
Houston, TX 77002–2806  
7132221470  
Fax: 7132221475  
Email: akarns@munsch.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2019 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542–11919465). No Summons requested at this time, filed by Larry Sanderlin. (Attachments: # 1 Consent Form of Larry Sanderlin, # 2 Civil Cover Sheet)(Foty, Don) (Entered: 03/25/2019) |
| 03/25/2019 | Ï | Case assigned to Judge David Counts. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (ab1) (Entered: 03/27/2019) |
| 03/26/2019 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Larry Sanderlin. (Foty, Don) (Entered: 03/26/2019) |
| 03/26/2019 | Ï 3 | Certificate of Interested Parties by Larry Sanderlin. (Foty, Don) (Entered: 03/26/2019) |
| 03/27/2019 | Ï 4 | Summons Issued as to Alpha Services, LLC. (ab1) (Entered: 03/27/2019) |
| 04/09/2019 | Ï 5 | |

|            |      |                                                                                                                                                                                                                                                                              |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | SUMMONS Returned Executed by Larry Sanderlin. Alpha Services, LLC served on 4/5/2019, answer due 4/26/2019. (Foty, Don) (Entered: 04/09/2019)                                                                                                                                |
| 04/27/2019 | Ï 6  | MOTION to Transfer Case *to First−Filed Court* by Alpha Services, LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Karns, Amber) (Entered: 04/27/2019)                                                                                                                  |
| 04/27/2019 | Ï 7  | ANSWER to 1 Complaint with Jury Demand *Subject to Defendant's Motion to Transfer to First−Filed Court*. Attorney Amber Lea Karns added to party Alpha Services, LLC(pty:dft) by Alpha Services, LLC.(Karns, Amber) (Entered: 04/27/2019)                                    |
| 04/27/2019 | Ï 8  | NOTICE *of Related Case* by Alpha Services, LLC (Karns, Amber) (Entered: 04/27/2019)                                                                                                                                                                                         |
| 04/27/2019 | Ï 9  | Certificate of Interested Parties *Subject to Defendant's Motion to Transfer to First−Filed Court* by Alpha Services, LLC. (Karns, Amber) (Entered: 04/27/2019)                                                                                                              |
| 05/06/2019 | Ï 10 | NOTICE *of Non−Opposition* by Larry Sanderlin re 6 MOTION to Transfer Case *to First−Filed Court* (Foty, Don) (Entered: 05/06/2019)                                                                                                                                          |
| 05/09/2019 | Ï 11 | ORDER GRANTING 6 Motion to Transfer Case to the Southern District of Texas, Houston Division Signed by Judge David Counts. (ab1) (Entered: 05/10/2019)                                                                                                                       |
| 05/09/2019 | Ï 12 | FINAL ORDER OF TRANSFER to United States District Court for the Southern District of Texas, Houston Division.. Signed by Judge David Counts. (ab1) (Entered: 05/10/2019)                                                                                                     |